UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-632-RJC

| | | |
|---|---|---|
| BETTY MITCHELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ENHANCED RECOVERY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court for an Order directing service of process after the filing of Plaintiff's Amended Complaint on October 15, 2012. On October 16, 2012, the Court entered an Order granting Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. No. 4). The Clerk of Court is directed to notify the United States Marshal who, pursuant to FED. R. CIV. P. 4(c)(3), shall serve process upon Defendant, in accordance with FED. R. CIV. P. 4. Plaintiff has attached to the Complaint a summons form with Defendant's address. (Doc. No. 1 at 1).

All costs of service shall be advanced by the United States. Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the $350.00 filing fee.

Signed: October 19, 2012

Robert J. Conrad, Jr.
Chief United States District Judge